# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

141038 & (74)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

KOVAN SADIQ MIZORI,
   Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141038
COA: 286887
Ingham CC: 07-001093-FC

On order of the Court, the motion to file a reply brief is GRANTED. The application for leave to appeal the February 2, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010 _____

p0830

_____
Clerk